UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff

v.              Case No. 25-30708
                 Originating No.  25CR84

**DOMINIC MCCRAY,**

   Defendant.
_____/

**AMENDED
GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

 Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DOMINIC MCCRAY,** to answer to charges pending in another federal district, and states:

 1. On **November 19, 2025,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Kentucky based on an Indictment**.  Defendant is charged in that district with violation of **26 United States Code, Section 5841 and 5861(d) and 5871 – Possession of Unregistered Firearm.**

 2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        JEROME F. GORGON, JR.
        United States Attorney

        <u>s/*Stephen Carr*</u>
        STEPHEN CARR
        Assistant U.S. Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        (313) 226-9100

Dated: November 19, 2025